**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff-Respondent, | No. CR 97-361-PHX-RCB |
| vs. | O R D E R |
| Matias Velazquez, | |
| Defendant-Petitioner. | |

On March 31, 2011, defendant/petitioner Matias Velazquez filed a "Motion to Vacate Plea of Guilty & Set Aside Judgment/Motion for Expungement" (Doc. 27). Shortly thereafter, Assistant United States Attorney James R. Knapp filed a Notice of Substitution of Counsel, indicating that he is being substituted for Assistant United States Attorney Thomas S. DiLeonardo in this action (Doc. 28). To date, the United States has not filed a response to Mr. Velazquez' pending motion.

The court hereby ORDERS that the United States of America shall file and serve a response to this pending motion by no later than Wednesday, April 27, 2011.  A reply, if any, shall be filed

1  and served and in all ways comply with the Rules of Practice of the
2  United States District Court for the District Court of Arizona.
3       DATED this 21st day of April, 2011.

_____
Robert C. Broomfield
Senior United States District Judge

12 Copies to counsel of record

-2-